**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Tazzy Lee MORA, Defendant–Appellant.**

**No. 07–2069.**

United States Court of Appeals, Tenth Circuit.

March 4, 2009.

David N. Williams, Asst. U.S. Attorney, Roberto D. Ortega, Office of the United States Attorney, District of New Mexico, Albuquerque, NM, for Plaintiff–Appellee.

Alonzo J. Padilla, Stephen P. McCue, Fed. Public Defender, Office of the Federal Public Defender, Albuquerque, NM, for Defendant–Appellant.

Before HARTZ, Circuit Judge, McWILLIAMS, Senior Circuit Judge, and HOLMES, Circuit Judge.

**ORDER AND JUDGMENT**

ROBERT H. McWILLIAMS, Senior Circuit Judge.

On February 23, 2009, the Supreme Court of the United States issued a certi-

fied judgment confirming its January 21, 2009 order vacating the judgment of this court and remanding the cause for further proceedings.

We, in turn, remand this case to the United States District Court for the District of New Mexico with instructions to reconsider the sentence in light of *Chambers v. United States*, —— U.S. ——, 129 S.Ct. 687, 172 L.Ed.2d 484 (2009).

The mandate issued to the United States District Court for the District of New Mexico is re-issued forthwith.